| | |
|---|---|
| Akshay S. Deoras (SBN 301962)<br>akshay.deoras@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Sean M. McEldowney (admitted *pro hac vice*)<br>sean.mceldowney@kirkland.com<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200<br><br>Ryan Kane (admitted *pro hac vice*)<br>ryan.kane@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>*Attorneys for Plaintiff*<br>*Raytheon Company* | Jonathan T. McMichael (CBN 304737)<br>jmcmichael@fenwick.com<br>David K. Tellekson (admitted *pro hac vice*)<br>dtellekson@fenwick.com<br>Melanie L. Mayer (admitted *pro hac vice*)<br>mmayer@fenwick.com<br>Elizabeth B. Hagan (admitted *pro hac vice*)<br>ehagan@fenwick.com<br>FENWICK & WEST LLP<br>1191 Second Avenue, 10th Floor<br>Seattle, WA 98101<br>Telephone: (206) 389-4510<br>Facsimile: (206) 389-4511<br><br>Bryan A. Kohm (CBN 233276)<br>bkohm@fenwick.com<br>Christopher L. Larson (CBN 308247)<br>clarson@fenwick.com<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350<br><br>*Attorneys for Defendant*<br>*Cray Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYTHEON COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>CRAY, INC.,<br><br>        Defendant. | Case No. 3:18-cv-03388-RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

1     WHEREAS on April 22, 2016, Plaintiff Raytheon Company filed this case in the United States District Court for the Eastern District of Texas seeking damages and other relief, and alleging that Defendant Cray Inc. directly or indirectly infringed U.S. Pat. Nos. 8,336,040 (the '040 patent); 9,189,275 (the '275 patent); 8,910,175 (the '175 patent); 9,189,278 (the '278 patent); and 8,984,525 (the '525 patent) (collectively, the Raytheon Patents);

    WHEREAS on April 26, 2017, Cray Inc. filed its Counterclaims and Answer to Raytheon's Complaint asserting counterclaims of non-infringement and invalidity for each asserted patent;

    WHEREAS on June 1, 2018, Judge Rodney Gilstrap of the United States District Court for the Eastern District of Texas granted a joint motion to transfer this litigation to the Northern District of California;

    WHEREAS Plaintiff and Defendant settled this matter on February 25, 2020;

    THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their designated counsel, that this action should be dismissed with prejudice in its entirety, as to both Plaintiff's claims and Defendant's counterclaims;

    IT IS HEREBY FURTHER STIPULATED by and between Plaintiff and Defendant, through their designated counsel, that each side bears its own attorneys' fees and costs.

    IT IS SO STIPULATED.

| | |
|---|---|
| 1 | Dated: February 26, 2020 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Dated: February 26, 2020

Respectfully submitted,

*/s/ Akshay S. Deoras*

Akshay S. Deoras (SBN 301962)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Sean M. McEldowney (admitted *pro hac vice*)
sean.mceldowney@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Ryan Kane (admitted *pro hac vice*)
ryan.kane@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for Plaintiff*
*Raytheon Company*

Dated: February 26, 2020

    Respectfully submitted,

    */s/ Jonathan T. McMichael*
    Jonathan T. McMichael (CBN 304737)
    David K. Tellekson (admitted *pro hac vice*)
    Melanie L. Mayer (admitted *pro hac vice*)
    Elizabeth B. Hagan (admitted *pro hac vice*)
    FENWICK & WEST LLP
    1191 Second Avenue, 10th Floor
    Seattle, WA 98101
    Tel: (206) 389-4510
    Fax: (206) 389-4511
    Email: jmcmichael@fenwick.com
    dtellekson@fenwick.com
    mmayer@fenwick.com
    ehagan@fenwick.com

    Bryan A. Kohm (CBN 233276)
    Christopher L. Larson (CBN 308247)
    FENWICK & WEST LLP
    555 California Street, 12th Floor
    San Francisco, CA 94104
    Tel: (415) 875-2300
    Fax: (415) 281-1350
    Email: bkohm@fenwick.com
    clarson@fenwick.com

    *Attorneys for Defendant Cray Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/26/2020

_____
Hon. Richard Seeborg
United States District Judge
Northern District of California